O

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GERALD CAIN, II, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-04-364 |
| | § | |
| TDCJ-CID DIRECTOR, ET AL., | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING MOTION TO REOPEN DISCOVERYON PLAINTIFF'S CLAIM
OF UNCONSTITUTIONAL CELLING WITH HIV INFECTED INMATES
AND ORDER SETTING DEADLINE FOR FILING OF DISPOSITIVE MOTIONS**

On February 14, 2005, the Chief Judge retained plaintiff's claim of unconstitutional celling with HIV-Infected inmates (D.E. 33). Discovery has never permitted on this claim. Pending is plaintiff's motion to reopen discovery as to this claim (D.E. 36). Plaintiff's motion is granted. The parties are permitted to conduct discovery on this issue until **Friday, September 23, 2005.**

Dispositive motions on this issue are due no later than **Friday, September 23, 2005.**

Responses are due thirty (30) days from date of receipt of the motion.

ORDERED this 3rd day of June, 2005.

_____
B. Janice Ellington
United States Magistrate Judge